his heirs, thereby precluding them from bringing a wrongful death action?

Justice Wecht did not participate in the consideration or decision of this matter.

M.O., Petitioner

v.

F.W.M., Respondent

No. 913 MAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Peter CRAWLEY, Petitioner

No. 509 EAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jason Robert RANDOLPH, Respondent**

No. 902 MAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Brandon B. CRAIG, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, Respondent**

No. 804 MAL 2016

Supreme Court of Pennsylvania.

May 2, 2017